

THOMAS, THOMAS & HAFER LLP
Attorneys At Law

260 Madison Avenue
8th Floor
New York, NY  10016
Phone: 646.298.3630  Fax: 908.574.0557

## MEMO ENDORSED

Michael N. Giacopelli
908.574.0506
mgiacopelli@tthlaw.com
Admitted in NJ and NY

March 12, 2025

> Defendant's request to adjourn the initial conference from March 14, 2025, at 11 am to April 9, 2025, at 2:30 pm is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 13, 2025
> New York, New York

Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:    Rashonda Major v. Dollar Tree Stores, Inc.**
**Docket No. 1:25-cv-00633-ER**
**Our File No. 890-43537**

Dear Judge Ramos:

We represent Defendant Dollar Tree Stores, Inc. in this matter.  Please accept this correspondence as a joint request to adjourn the Initial Conference scheduled before Your Honor for March 14, 2025 at 11am by telephone.  The parties are currently exploring early resolution and respectfully request approximately 30 days to determine if settlement can be achieved without placing a burden on the Court's time and resources.  If the request is granted by Your Honor, the parties provide the following availability for a rescheduled telephone Initial Conference: April 4 (9am-12pm), April 7 (9am-12pm), April 9 (12pm-4pm), April 11 (9am-1pm), or April 15 (9am-2pm).

There have been no prior requests to adjourn the Initial Conference.

The parties thank Your Honor for considering this request.

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**

Michael N. Giacopelli, Esquire

MNG/kib/8315668.1